# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SAMUEL LEVINE,

        Plaintiff,

v.

CITY OF SEATTLE, et al.,

        Defendants.

C16-1284 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     The parties' stipulated motion to continue trial date, docket no. 27, is GRANTED as set forth herein.

| **JURY TRIAL DATE** | **April 23, 2018** |
| --- | --- |
| Deadline for amending pleadings | October 3, 2017 |
| Disclosure of expert testimony | October 3, 2017 |
| Discovery motions filing deadline | November 23, 2017 |
| Discovery completion deadline | January 5, 2018 |
| Dispositive motions filing deadline | February 1, 2018 |

MINUTE ORDER - 1

| Motions in limine filing deadline | March 22, 2018 |
|---|---|
| Agreed pretrial order due | April 6, 2018 |
| Trial briefs, proposed voir dire questions, and jury instructions due | April 6, 2018 |
| Pretrial conference | April 13, 2018 at 2:00 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 21, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 23rd day of June, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2