# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SAMUEL LEVINE,

    Plaintiff,

v.

CITY OF SEATTLE, et al.,

    Defendants.

C16-1284 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' second stipulated motion to continue trial date, docket no. 38, is GRANTED as set forth herein.

| **JURY TRIAL DATE** | **September 17, 2018** |
| --- | --- |
| Discovery completion deadline | April 20, 2018 |
| Dispositive motions filing deadline | May 24, 2018 |
| Motions in limine filing deadline | August 16, 2018 |
| Agreed pretrial order due | August 27, 2018 |
| Trial briefs, proposed voir dire questions, and jury instructions due | August 27, 2018 |
| Pretrial conference | September 7, 2018 at 1:30 p.m. |

MINUTE ORDER - 1

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 21, as amended by the Minute Order entered June 23, 2017, docket no. 28, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of January, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2